

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00430-CR

Orlando **ORTIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 17-06-00056-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The reporter's record was due September 24, 2018. The clerk's record reflects that appellant is indigent and requested preparation of the reporter's record in July 2018. We ORDER Richie Gentry, the court reporter responsible for preparing the reporter's record, to file the reporter's record on or before **October 24, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court